# Supreme Court of Texas

No. 21-0208

United Supermarkets, LLC,

*Petitioner*,

v.

Sherie McIntire,

*Respondent*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsel's briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)   The court of appeals' judgment is reversed;

2)   The trial court's judgment is reinstated; and

3)   Respondent shall pay the costs incurred by Petitioner in this Court and in the court of appeals.

Copies of this judgment are certified to the Court of Appeals for the Fifth District and to the 416th District Court of Collin County, Texas, for observance.

Opinion of the Court delivered Per Curiam

June 17, 2022

*********